# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 22-498V
**(not to be published)**

| | |
|---|---|
| ANN SMITH,<br><br>      Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>      Respondent. | Filed: September 26, 2023 |

*Jessica Olins*, Maglio Christopher & Toale, Seattle, WA, for Petitioner
*Dorian Hurley*, U.S. Department of Justice, Washington, DC, for Respondent

## DECISION ON JOINT STIPULATION[1]

On May 5, 2022, Ann Smith ("Petitioner") filed a petition, seeking compensation under the National Vaccine Injury Compensation Program ("the Vaccine Program").[2] Pet., ECF No. 1. Petitioner alleges she suffered from Guillain-Barré syndrome as a result of the tetanus, diphtheria, and acellular pertussis ("Tdap") vaccination she received on August 6, 2019. *See* Stipulation ¶ 2, 4, dated September 26, 2023 (ECF No. 35); *see also* Petition.

Respondent denies "that petitioner's alleged GBS or its residual effects were cause[d]-in-

---

[1] Although this Decision has been formally designated "not to be published," it will nevertheless be posted on the Court of Federal Claims' website in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). **This means the Decision will be available to anyone with access to the internet**. As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the Decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the Decision in its present form will be available. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (codified as amended at 42 U.S.C. §§ 300aa-10–34 (2012)) (hereinafter "Vaccine Act" or "the Act"). All subsequent references to sections of the Vaccine Act shall be to the pertinent subparagraph of 42 U.S.C. § 300aa.

fact by the Tdap vaccine; and denies that the Tdap vaccine caused petitioner any other injury or petitioner's current condition, or that the vaccine significantly aggravated a pre-existing injury." *See* Stipulation ¶ 6. Nonetheless, both parties, while maintaining their above-stated positions, agreed in a stipulation filed on September 26, 2023, that the issues before them can be settled and that a decision should be entered awarding Petitioner compensation.

I have reviewed the file, and based upon that review, I conclude that the parties' stipulation is reasonable. I therefore adopt it as my decision in awarding damages on the terms set forth therein.

The stipulation awards:

a lump sum of $135,000.00 in the form of a check payable to petitioner.

Stipulation ¶ 8. This award represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

I approve a Vaccine Program award in the requested amount set forth above to be made to Petitioner. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court is directed to enter judgment herewith.[3]

**IT IS SO ORDERED.**

s/ Katherine E. Oler
Katherine E. Oler
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by jointly filing notice renouncing their right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| ANN SMITH,<br><br>        Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>        Respondent. | No. 22-498V<br>Special Master Oler<br>ECF |

## STIPULATION

The parties hereby stipulate to the following matters:

1. Ann Smith ("petitioner"), filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to -34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to petitioner's receipt of a tetanus, diphtheria, and acellular pertussis ("Tdap") vaccine, which vaccine is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a).

2. Petitioner received a Tdap vaccine on August 6, 2019.[1]

3. The Tdap vaccine was administered within the United States.

4. Petitioner alleges that petitioner suffered from Guillain Barré Syndrome ("GBS") that was cause-in-fact by the Tdap vaccine or alternatively that the vaccine significantly aggravated a pre-existing injury. Petitioner further alleges that petitioner suffered the residual effects of the alleged injury for more than six months.

---

[1] Petitioner also received a zoster recombinant vaccine on August 6, 2019. Zoster recombinant vaccines are not contained in the Table.

1

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on petitioner's behalf as a result of the alleged injury.

6. Respondent denies that petitioner's alleged GBS or its residual effects were cause-in-fact by the Tdap vaccine; and denies that the Tdap vaccine caused petitioner any other injury or petitioner's current condition, or that the vaccine significantly aggravated a pre-existing injury.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment for all damages that would be available under 42 U.S.C. § 300aa-15(a):

A lump sum of **$135,000.00** in the form of a check payable to petitioner.

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioner and petitioner's attorney represent that they have identified to respondent all known sources of payment for items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), including State compensation programs, insurance policies,

Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

11. Payment made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. The parties and their attorneys further agree and stipulate that, except for any award for attorney's fees and litigation costs, and past unreimbursable expenses, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

13. In return for the payments described in paragraphs 8 and 9, petitioner, in petitioner's individual capacity, and on behalf of petitioner's heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the vaccinations administered on August 6, 2019, as alleged in a petition for vaccine compensation filed on May 5, 2022, in the United States Court of Federal Claims as petition No. 22-498V.

14. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

15. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

16. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

17. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the Tdap vaccine caused or significantly aggravated petitioner's alleged injury or any other injury or her current disabilities.

18. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

Respectfully submitted,

**PETITIONER:**

_Ann M. Smith_

ANN SMITH

**ATTORNEY OF RECORD FOR PETITIONER:**

JESSICA A. OLINS
Maglio Christopher & Toale Law Firm
1325 Fourth Avenue, Suite 1730
Seattle, WA 98101
Tel: (888) 952-5042
E-mail: jolins@mctlaw.com

**AUTHORIZED REPRESENTATIVE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES:**

Henry P. Mcmillan -S3
Digitally signed by Henry P. Mcmillan -S3
Date: 2023.09.17 23:43:21 -04'00'

CDR GEORGE REED GRIMES, MD, MPH
Director, Division of Injury
 Compensation Programs
Health Systems Bureau
Health Resources and Services
 Administration
U.S. Department of Health
 and Human Services
5600 Fishers Lane, 08W-25A
Rockville, MD 20857

Dated: __9/26/2023__

**AUTHORIZED REPRESENTATIVE OF THE ATTORNEY GENERAL:**

HEATHER L. PEARLMAN
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

**ATTORNEY OF RECORD FOR RESPONDENT:**

DORIAN HURLEY
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 353-7751
E-mail: Dorian.Hurley@usdoj.gov



# Document Completion Report

## Document Information

| | |
|---|---|
| Document ID | af6adfa2-263e-4564-a8fd-b0840124981a |
| Document Name | Smith 22-0498 Stip_signed |
| Nintex Instance | https://www.assuresign.net/ |
| Document Creation Method | Nintex Web Setup |
| Document Template Used | None |
| Original File Type | pdf |
| Date Created | 2023-09-21T17:45:18 (UTC) |
| Date Completed | 2023-09-22T15:20:13 (UTC) |

## Document Preview (First Page)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

ANN SMITH,

    Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

    Respondent.

No. 22-498V
Special Master Oler
ECF

**STIPULATION**

The parties hereby stipulate to the following matters:

1. Ann Smith ("petitioner"), filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to -34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to petitioner's receipt of a tetanus, diphtheria, and acellular pertussis ("Tdap") vaccine, which vaccine is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a).

2. Petitioner received a Tdap vaccine on August 6, 2019.[1]

3. The Tdap vaccine was administered within the United States.

4. Petitioner alleges that petitioner suffered from Guillain Barré Syndrome ("GBS") that was cause-in-fact by the Tdap vaccine or alternatively that the vaccine significantly aggravated a pre-existing injury. Petitioner further alleges that petitioner suffered the residual effects of the alleged injury for more than six months.

---

[1] Petitioner also received a zoster recombinant vaccine on August 6, 2019. Zoster recombinant vaccines are not contained in the Table.

1

## Signer Information

**Ann Smith**

| | |
|---|---|
| Email Address | smitham5307@hotmail.com |
| Password Protected | No |
| Fields Requested | 1 |
| Fields Collected | 1 |
| Terms and Conditions | By selecting "Start Signing," I agree that the electronic digitized signatures I apply on the following document are representations of my signature and are legally valid and binding as if I had signed the document with ink on paper in accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act (E-SIGN) of 2000.<br><br>Nintex AssureSign complies with requirements and standards of the Electronic Signatures in Global and National Commerce Act (E-SIGN Act) effective October 1, 2000, the Uniform Electronic Transaction Act (UETA), and the Government Paperwork Elimination Act (GPEA) |

## Document History

| Date | Details |
|---|---|
| 2023-09-21T17:45:18 (UTC) | Document started by user 'jolins@mctlaw.com' at IP address '63.237.139.26' |
| 2023-09-22T15:10:34 (UTC) | Document visited by 'Ann Smith' at IP address '76.131.71.38' using browser 'Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 Edg/117.0.2045.36' |
| 2023-09-22T15:10:37 (UTC) | Document visited by 'Ann Smith' at IP address '76.131.71.38' using browser 'Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 Edg/117.0.2045.36' |
| 2023-09-22T15:12:41 (UTC) | Terms and conditions accepted by 'Ann Smith' at IP address '76.131.71.38' |
| 2023-09-22T15:12:41 (UTC) | Document under review by 'Ann Smith' at IP address '76.131.71.38' using browser 'Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 Edg/117.0.2045.36' |
| 2023-09-22T15:20:08 (UTC) | JotBlock '34cb922b-52e4-46bd-aacb-b08401249857' updated by 'bcaba9b9-60f5-44a0-a2dc-b08401245155_smitham5307@hotmail.com' at IP address '76.131.71.38' using browser 'Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 Edg/117.0.2045.36' |
| 2023-09-22T15:20:13 (UTC) | Document signed by 'Ann Smith' at IP address '76.131.71.38' using browser 'Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36 Edg/117.0.2045.36' |
| 2023-09-22T15:20:18 (UTC) | Document completed |

## Signing History

| Field ID | Field Type | Field Name | Signer Instructions | Page | Required | Date Signed | Signer IP Address | Date Confirmed | # of Times Reviewed | Signing Attempts | Elapsed Signing Time (Seconds) | Continuous Signing Segments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| smitham5307@hotmail.com | | | | | | | | | | | | |
| 34cb922b-52e4-46bd-aacb-b08401249857 | Signature | JotBlock 1 | Click "Apply signature" to apply your adopted signature to the document. This is legally equivalent to signing with a pen on paper. | 5 | Yes | 2023-09-22T15:20:08 (UTC) | 76.131.71.38 | 2023-09-22T15:20:13 (UTC) | 0 | 1 | 23 | 4 |